### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **BETTY McSWEEENY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF FRANKIE D. PRAY SR.,** | C.D. Ill. Case No. 4:96-cv-04025-HAB |
| Plaintiff, | (*Remanded from E.D. Pa. Case No. 2:08-cv-91884-ER; MDL No. 875*) |
| v. | Hon. Harold A. Baker |
| **A. C. AND S., INC., et al.,** | |
| Defendants. | |

### DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT DR. PETER ORRIS

PLEASE TAKE NOTICE that Defendant General Electric Company ("GE") moves to exclude the testimony of Plaintiff's expert Dr. Peter Orris, because his expert opinions fail to meet the requirements for admissibility under Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). GE also requests a pretrial *Daubert* hearing, as exclusion of Mr. Orris' testimony is critical to the legally sound and fair adjudication of this matter. A memorandum of law in support of GE's motion *in limine* is attached hereto as Exhibit A, and a proposed order is attached as Exhibit E.

Dated:  January 21, 2014

Respectfully submitted,

GENERAL ELECTRIC COMPANY

By:  */s/ Michael L. Lisak*
     One of Its Attorneys

Timothy E. Kapshandy
Maja C. Eaton
Michael L. Lisak
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000
tkapshandy@sidley.com
meaton@sidley.com
mlisak@sidley.com

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 21, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated:  January 21, 2014

                 */s/ Michael L. Lisak*