IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY McSWEENEY, individually and as special administrator of the estate of Frankie D. Pray, Sr.<br><br>      Plaintiffs,<br><br> v.<br><br>AC&S, INC.., et al.,<br><br>    Defendants. | Judge Harold A. Baker<br><br>Case No. 96-4025 |

Plaintiff's Motion for Leave to File a Reply In Support of Plaintiff's
Motion For Sanctions Against General Electric

 Plaintiff moves for leave to file a reply brief in support of plaintiff's motion for sanctions for General Electric's failure to preserve contracts for Quad Cities construction. The reply is necessary for several reasons.

 First, the responsibility of GE for, and materials used during, construction at QC are central to the case. Second, GE's response inaccurately states the evidence and history as to certain matters for which reply is required.

 The proposed reply is attached as exhibit A to this motion.

Relief Requested

 Plaintiff moves this court for an order allowing filing instanter of the proposed reply.

1

Dated: February 13, 2012

/s/ Robert G. McCoy
Attorney for Plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600