E-FILED
Thursday, 13 February, 2014 08:43:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY McSWEENEY, individually and as special administrator of the estate of Frankie D. Pray, JR.<br><br>          Plaintiff,<br>v.<br>AC&S, INC.., et al.,<br><br>          Defendants. | Judge Harold A. Baker<br><br>Case No. 96-4025 |

### Declaration

Robert G. McCoy declares as follows. I am an attorney employed at Cascino Vaughan Law Offices and lead counsel in this matter. I make this declaration based on my personal knowledge.

1. Cascino Vaughan Law Offices in the past over a period of about ten years served several subpoenas and document requests on Commonwealth Edison for contracts relating to the construction of powerhouses in Illinois which included the Quad Cities Nuclear Plant. Commonwealth Edison has never produced a contract for the construction at QC. ComEd counsel has advised me no additional contracts are available other than what was produced in the past.

2. Cascino Vaughan Law Offices served a subpoena on the engineering firm of Sargent and Lundy, which worked for Commonwealth Edison, for records relating to the construction of Quad Cities Power Plant including construction contracts. The documents produced did not include any contract between General Electric and ComEd.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2014

*/s/ Robert G. McCoy*
Robert G. McCoy

EXHIBIT 8